

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Honorable Kelly Cross, Judge Presiding

# O R D E R

This court issued its mandate in this appeal on August 28, 2015. On December 2, 2015, G.O.R. filed a letter with this court which includes a request for relief.

This court's plenary power in appeal 04-15-00089-CV has expired. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court